# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

**In the Matter of:**

**ANTHONY NORVELL BLACKWELL**

      **Debtor(s)**
_____/

**CHAPTER 13 PROCEEDING**
**CASE NUMBER: 24-21526**
**HONORABLE DANIEL S. OPPERMAN**

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

    NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and hereby objects to the debtor(s) Chapter 13 Plan as follows:

    1. The debtor has failed to make adequate interim plan payments contrary to 11 U.S.C. §1326(a)(1) and computed as follows:

| | | | | | |
|---|---|---|---|---|---|
| 1 | 1/2025 | $265.83 | $122.70 | | $143.13 |
| 2 | 2/2025 | $265.83 | | | $408.96 |

**Total Delinquent Amount: $408.96**

    WHEREFORE, the Chapter 13 Trustee prays this Court deny Confirmation of the proposed Chapter 13 Plan.

Dated: February 4, 2025

/s/Thomas W. McDonald, Jr.
Thomas W. McDonald, Jr. (P32464)
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

**In the Matter of:**

**ANTHONY NORVELL BLACKWELL**

    **Debtor.**

                                       /

**CHAPTER 13 PROCEEDING**
**CASE NUMBER: 24-21526**
**HONORABLE DANIEL S. OPPERMAN**

## CERTIFICATE OF SERVICE OBJECTION TO CONFIRMATION

    I, the undersigned, do hereby certify that on February 4, 2025, I served the following papers: Objection to Confirmation on the following parties at these addresses:

Anthony Blackwell
4105 Hess Avenue
Saginaw, Michigan 48601-4264

By the following means: Via First-class mail

I further certify that I served the following papers: Objection to Confirmation on the following parties:

James P. Frego, II
23843 Joy Road
Dearborn Heights, Michigan 48127

By the Following means: Electronic notice using the Court's ECF system.

                                       /s/Jennifer Drzewicki
                                       Jennifer Drzewicki
                                       Office of Thomas W. McDonald, Jr.
                                       Chapter 13 Trustee
                                       3144 Davenport
                                       Saginaw, Michigan 48602
                                       Telephone: (989) 792-6766
                                       ecf@mcdonald13.org